1  MICHAEL B. BROWN (SB #6577)
   michael.brown@stoel.com
2  JOSHUA G. GIGGER (Pro Hac Vice Pending)
   josh.gigger@stoel.com
3  MARC T. RASICH  (Pro Hac Vice Pending)
   marc.rasich@stoel.com
4  HUNTER O. FERGUSON  (Pro Hac Vice Pending)
   hunter.ferguson@stoel.com
5  STOEL RIVES LLP
   10008 SE River Street
6  Truckee, CA  96161
   Telephone:  (530) 582-2280
7  Facsimile:  (530) 582-2281

8  Attorneys for Defendant
   SelectHealth, Inc.

9

10                     UNITED STATES DISTRICT COURT

11                          DISTRICT OF NEVADA

12  MY HEALTH, INC., a Delaware corporation,        Case No. 2:15-cv-00105-JAD-GWF

13                 Plaintiff,                       **STIPULATION FOR EXTENSION OF
                                                    TIME TO RESPOND (First Request)**
14        v.
                                                    Original Response Due:  February 12, 2015
15  SELECTHEALTH, INC., a Utah corporation,

16                 Defendant.

17

18        Plaintiff My Health, Inc. and Defendant SelectHealth, Inc. have stipulated to an extension

19  of the deadline for SelectHealth to respond to My Health's complaint to March 16, 2015.  The

20  parties have agreed to this extension to allow SelectHealth time to evaluate the claims and prepare

21  its response.  There have been no previous requests for an extension of this deadline.  This agreed

22  upon extension should not unduly delay the litigation of this matter.

23                                 IT IS SO ORDERED:

24                                 _George Foley Jr._____

25                                 United States Magistrate Judge

26                                 DATED: _February 4, 2015_____

27

28

STOEL RIVES LLP
ATTORNEYS AT LAW
LAKE TAHOE

STIPULATION FOR EXTENSION OF TIME
TO RESPOND (FIRST REQUEST)                    -1-                    2:15-CV-00105-JAD-GWF

78152116.4 0033629-00024

1 | Dated: February 3, 2015

Respectfully Submitted,

2 | **PIA ANDERSON DORIUS REYNARD & MOSS, LLC**

**STOEL RIVES LLP**

3 | /s/ Michael B. Brown

/s/ William O. Kimball
Joseph G. Pia (Pro Hac Vice Pending)
Brett I. Johnson, NSBN 12240 (Active Status Pending)
William O. Kimball, NSBN 9301
222 South Main Street, Suite 1830
Salt Lake City, Utah 84101
Telephone: (801) 350-9000
Fax: (801) 350-9010

*Counsel for Plaintiff My Health, Inc.*

Michael B. Brown, Nevada Bar No. 6577
michael.brown@stoel.com
10008 SE River Street
Truckee, CA 96161
Telephone: (530) 582-2282
Fax: (530) 582-2281

Joshua G. Gigger (Pro Hac Vice Pending)
josh.gigger@stoel.com
Marc T. Rasich (Pro Hac Vice Pending)
marc.rasich@stoel.com
201 South Main Street, Suite 1100
Salt Lake City, UT 84111
Telephone: (801) 328-3131
Fax: (801) 578-6999

Hunter O. Ferguson (Pro Hac Vice Pending)
hunter.ferguson@stoel.com
600 University Street, Suite 3600
Seattle, WA 98101
Telephone: (206) 386-7514
Fax: (206) 386-7500

*Counsel for Defendant SelectHealth, Inc.*

Stoel Rives LLP
ATTORNEYS AT LAW
LAKE TAHOE

STIPULATION FOR EXTENSION OF TIME
TO RESPOND (FIRST REQUEST)                -2-                2:15-CV-00105-JAD-GWF

78152116.4 0033629-00024

1

## **CERTIFICATE OF SERVICE**

2          I hereby certify that on February 3, 2015, I caused a true and correct copy of the foregoing

3   STIPULATION FOR EXTENSION OF TIME TO RESPOND (First Request) to be served on the

4   parties to this matter via the Court's CM/ECF system.

5                                        /s/Michael B. Brown
                                         Michael B. Brown
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Stoel Rives LLP
Attorneys At Law
Lake Tahoe

STIPULATION FOR EXTENSION OF TIME
TO RESPOND (FIRST REQUEST)                    -3-                    2:15-CV-00105-JAD-GWF

78152116.4 0033629-00024