STOEL RIVES LLP

Michael B. Brown, Nevada Bar No. 6577
michael.brown@stoel.com
10008 SE River Street
Truckee, CA 96161
Tel: (530) 582-2282
Fax: (530) 582-2281

Joshua G. Gigger (Pro Hac Vice)
josh.gigger@stoel.com
Marc T. Rasich (Pro Hac Vice)
marc.rasich@stoel.com
201 South Main Street, Suite 1100
Salt Lake City, UT 84111
Tel: (801) 328-3131
Fax: (801) 578-6999

Hunter O. Ferguson (Pro Hac Vice)
hunter.ferguson@stoel.com
600 University Street, Suite 3600
Seattle, WA 98101
Tel: (206) 386-7514
Fax: (206) 386-7500

*Counsel for Defendant SelectHealth, Inc.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MY HEALTH, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>SELECTHEALTH, INC., a Utah corporation,<br><br>Defendant. | Case No. 2:15-cv-00105-JAD-GWF<br><br>**STIPULATION FOR SECOND EXTENSION OF TIME TO RESPOND**<br><br>**(Second Request for Extension of this Deadline; Second Overall Extension Request)**<br><br>Current Response Deadline:<br>March 16, 2015 |

Plaintiff My Health, Inc. and Defendant SelectHealth, Inc. have stipulated to, and respectfully request that the Court enter an order providing for, a 45-day extension of the deadline for SelectHealth to respond to My Health's complaint from March 16, 2015 to April 30, 2015. This is the second stipulation and request for an extension of this deadline and the second overall request for an extension in this case. The initial response deadline was February 12, 2015, and

the Court entered an order extending that deadline to March 16, 2015 pursuant to the parties' stipulation. *See* Dkt. 11.

After the Court granted the first extension the parties have actively pursued good-faith negotiations to settle this dispute. The parties are hopeful that a settlement can be reached before either party or the Court expends further substantial resources on the litigation of this dispute. But due to the pace of negotiation during the last four weeks and the need to conduct further settlement discussions, settlement before the existing March 16 response deadline is not feasible.

The parties' agreed-upon second extension promotes judicial economy and ultimately the interests of justice by providing additional time to facilitate settlement before the parties and Court devote additional resources to the litigation of this matter. The agreed upon extension should not unduly delay the litigation of this matter. Accordingly, a second extension of the deadline for SelectHealth to respond to My Health's complaint to April 30, 2015 is warranted.

Dated:  March 12, 2015

Respectfully Submitted,

**PIA ANDERSON DORIUS REYNARD & MOSS, LLC**

/s/ Joseph G. Pia
Joseph G. Pia (Pro Hac Vice)
joe.pia@padrm.com
William O. Kimball, NSBN 9301
bkimball@padrm.com
222 South Main Street, Suite 1830
Salt Lake City, Utah 84101
Telephone: (801) 350-9000
Fax: (801) 350-9010

*Counsel for Plaintiff My Health, Inc.*

**STOEL RIVES LLP**

/s/ Hunter O. Ferguson
Michael B. Brown, Nevada Bar No. 6577
michael.brown@stoel.com
10008 SE River Street
Truckee, CA  96161
Telephone: (530) 582-2282
Fax: (530) 582-2281

Joshua G. Gigger (Pro Hac Vice)
josh.gigger@stoel.com
Marc T. Rasich (Pro Hac Vice)
marc.rasich@stoel.com
201 South Main Street, Suite 1100
Salt Lake City, UT 84111
Telephone: (801) 328-3131
Fax: (801) 578-6999

Hunter O. Ferguson (Pro Hac Vice)
hunter.ferguson@stoel.com
600 University Street, Suite 3600
Seattle, WA  98101
Telephone: (206) 386-7514
Fax: (206) 386-7500

*Counsel for Defendant SelectHealth, Inc.*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IT IS SO ORDERED:

_____
United States Magistrate Judge

DATED: March 13, 2015

STOEL RIVES LLP
ATTORNEYS AT LAW
LAKE TAHOE

STIPULATION FOR SECOND EXTENSION
OF TIME TO RESPOND            -3-                    2:15-CV-00105-JAD-GWF

78454006.1 0033629-00024

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 12, 2015, I caused a true and correct copy of the foregoing STIPULATION FOR SECOND EXTENSION OF TIME TO RESPOND to be served on the parties to this matter via the Court's CM/ECF system.

/s/Hunter O. Ferguson
Hunter O. Ferguson