1  **STOEL RIVES LLP**

2  Michael B. Brown, Nevada Bar No. 6577
   michael.brown@stoel.com
3  10008 SE River Street
   Truckee, CA 96161
4  Tel: (530) 582-2282
   Fax: (530) 582-2281

5  

6  Joshua G. Gigger (Pro Hac Vice)
   josh.gigger@stoel.com
   Marc T. Rasich (Pro Hac Vice)
7  marc.rasich@stoel.com
   201 South Main Street, Suite 1100
8  Salt Lake City, UT 84111
   Tel: (801) 328-3131
9  Fax: (801) 578-6999

10 Hunter O. Ferguson (Pro Hac Vice)
   hunter.ferguson@stoel.com
11 600 University Street, Suite 3600
   Seattle, WA 98101
12 Tel: (206) 386-7514
   Fax: (206) 386-7500

13 

14 *Counsel for Defendant SelectHealth, Inc.*

   UNITED STATES DISTRICT COURT

15 

   DISTRICT OF NEVADA

16 

| | |
|---|---|
| MY HEALTH, INC., a Delaware corporation, | Case No. 2:15-cv-00105-JAD-GWF |
| Plaintiff, | **STIPULATION FOR THIRD EXTENSION OF TIME TO RESPOND** |
| v. | |
| SELECTHEALTH, INC., a Utah corporation, | **(Third Request for Extension of this Deadline; Third Overall Extension Request)** |
| Defendant. | Current Response Deadline: April 30, 2015 |

23  Plaintiff My Health, Inc. ("***My Health***") and Defendant SelectHealth, Inc.

24 ("***SelectHealth***") have stipulated to, and respectfully request that the Court enter an order

25 providing for, a 60-day extension of the deadline for SelectHealth to respond to My Health's

26 complaint from April 30, 2015 to June 29, 2015.  This is the third stipulation and request for an

27 extension of this deadline and the third overall request for an extension in this case.  The initial

28 response deadline was February 12, 2015.  Pursuant to two earlier stipulations of the parties, the

STOEL RIVES LLP
ATTORNEYS AT LAW
LAKE TAHOE

STIPULATION FOR THIRD EXTENSION
OF TIME TO RESPOND                    -1-                    2:15-CV-00105-JAD-GWF

78925259.1 0033629-00024

1  Court entered two previous orders extending this deadline, first to March 16, 2015 (Dkt. 11) and
2  then to April 30, 2015 (Dkt. 25).

3       After the Court granted the first and second extensions the parties have actively pursued
4  good-faith negotiations to settle this dispute. Through counsel, the parties have discussed
5  settlement terms in a series of communications and conferences, and the parties are confident that
6  a final settlement can be reached before either party or the Court expends further substantial
7  resources on the litigation of this dispute. But the parties have been unable to finalize an
8  agreement before the existing April 30 response deadline due to scheduling conflicts and the need
9  for individuals within each party to review and approve settlement terms.

10      The parties' agreed-upon third extension promotes judicial economy and ultimately the
11 interests of justice by providing additional time to facilitate settlement before the parties and
12 Court devote additional resources to the litigation of this matter. The agreed-upon extension
13 should not unduly delay the litigation of this matter and, it is expected, should enable the parties
14 to efficiently resolve this matter out of court. Accordingly, a third extension of the deadline for
15 SelectHealth to respond to My Health's complaint to June 29, 2015 is warranted.

16
17    //
18    //
19    //
20
21    //
22
23    //
24    //
25
26    //
27    //
28

| | |
|---|---|
| Dated: April 29, 2015 | Respectfully Submitted, |
| **PIA ANDERSON DORIUS REYNARD & MOSS, LLC** | **STOEL RIVES LLP** |
| /s/ Joseph Pia<br>Joseph G. Pia (Pro Hac Vice)<br>joe.pia@padrm.com<br>William O. Kimball, NSBN 9301<br>bkimball@padrm.com<br>222 South Main Street, Suite 1830<br>Salt Lake City, Utah 84101<br>Telephone: (801) 350-9000<br>Fax: (801) 350-9010<br><br>*Counsel for Plaintiff My Health, Inc.* | /s/ Hunter Ferguson<br>Hunter O. Ferguson (Pro Hac Vice)<br>hunter.ferguson@stoel.com<br>600 University Street, Suite 3600<br>Seattle, WA 98101<br>Telephone: (206) 386-7514<br>Fax: (206) 386-7500<br><br>Michael B. Brown, Nevada Bar No. 6577<br>michael.brown@stoel.com<br>10008 SE River Street<br>Truckee, CA 96161<br>Telephone: (530) 582-2282<br>Fax: (530) 582-2281<br><br>Joshua G. Gigger (Pro Hac Vice)<br>josh.gigger@stoel.com<br>Marc T. Rasich (Pro Hac Vice)<br>marc.rasich@stoel.com<br>201 South Main Street, Suite 1100<br>Salt Lake City, UT 84111<br>Telephone: (801) 328-3131<br>Fax: (801) 578-6999<br><br>*Counsel for Defendant SelectHealth, Inc.* |

IT IS SO ORDERED:

_____
GEORGE FOLEY, JR.
United States Magistrate Judge

DATED: April 30, 2015

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 29, 2015, I caused a true and correct copy of the foregoing STIPULATION FOR THIRD EXTENSION OF TIME TO RESPOND to be served on the parties to this matter via the Court's CM/ECF system.

/s/Hunter Ferguson
Hunter O. Ferguson

STOEL RIVES LLP
ATTORNEYS AT LAW
LAKE TAHOE

STIPULATION FOR THIRD EXTENSION
OF TIME TO RESPOND       -4-        2:15-CV-00105-JAD-GWF

78925259.1 0033629-00024