# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

MY HEALTH,

    Plaintiff,

vs.

SELECTHEALTH,

    Defendant.

Case No. 2:15-cv-00105-JAD-GWF

**ORDER**

    This matter is before the Court on the Stipulation for Fourth Extension of Time to Respond (#28) filed June 19, 2015. Upon review and consideration, the Court will grant this extension. However, no further extensions of the deadline to respond will be granted. If the parties are unable to resolve this case by settlement, then they should proceed with the litigation, including engaging in a Rule 26(f) conference and filing a discovery plan and scheduling order

    **IT IS ORDERED** that the Stipulation for Fourth Extension of Time to Respond (#28) is **granted**. Defendant shall have until July 13, 2015 to respond to the complaint.

    DATED this 22nd day of June, 2015.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge