# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| MY HEALTH, ) | |
| ) | |
| Plaintiff, ) | Case No. 2:15-cv-00105-JAD-GWF |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| SELECTHEALTH, ) | |
| ) | |
| Defendant. ) | |

This matter is before the Court on the Stipulation for Fifth Extension of Time to Respond (#30) filed July 13, 2015. Upon review and consideration, the Court will grant this extension. However, no further extensions of the deadline to respond will be granted. Accordingly,

**IT IS ORDERED** that the Stipulation for Fifth Extension of Time to Respond (#30) is **granted**. Defendant shall have until July 28, 2015 to respond to the complaint.

DATED this 14th day of July, 2015.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge